A. WITCHER et al., Appellants, v. WM. JANSEN et al., Respondents.

No. 2783; April 6, 1860.

**Payment—Recovering Back—Irregular Judgment.**—Money paid under protest to a sheriff upon an execution cannot be recovered back if the judgment on which the execution rested was irregular merely and not void.

APPEAL from Eleventh Judicial District, Placer County.

Mumford, Winans & Hyer for appellants; Mills & Rowell for respondents.

COPE, J.—This is an action to recover money paid to the sheriff of Placer county upon an execution issued from the county court of that county. The money was paid under protest, and the ground of recovery relied upon by the plaintiffs is that the execution was issued upon a void judgment. The complaint shows that there was a good cause of action within the jurisdiction of the court, and there is nothing in the record entitling the plaintiffs to assail the judgment collaterally. It may have been irregular, but it is not shown to have been void.

The judgment is affirmed.

I concur: Baldwin, J.